# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALPHA MODUS, CORP., | ) |
| Plaintiff, | ) Civil Action No. 2:25-cv-00120-JRG-RSP |
| v. | ) |
| WALGREEN CO., | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Parties' Joint Motion to Extend Deadline to Comply with P.R. 3-3 and 3-4 and Standing Order Regarding Subject-Matter Eligibility Contentions. **Dkt. No. 24**. Having considered the Motion, the Court finds that the motion should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the deadline for Defendant to Comply with P.R. 3-3 and 3-4 and Standing Order Regarding Subject-Matter Eligibility Contentions is extended to July 30, 2025.

**SIGNED this 6th day of July, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE