# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALPHA MODUS, CORP., | ) |
| Plaintiff, | ) Civil Action No. 2:25-cv-00120-JRG-RSP |
| v. | ) |
| WALGREEN CO., | ) **JURY TRIAL DEMAND** |
| Defendant. | ) |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the attorneys for Plaintiff Alpha Modus, Corp., Christopher Edward Hanba and Joshua Gabriel Jones, are now affiliated with the law firm Prince Lobel Tye LLP. Service in this matter for Christopher Edward Hanba, and Joshua Gabriel Jones should now be directed to the following address:

> Christopher Edward Hanba
> (512) 737-2414
> chanba@princelobel.com
> Joshua Gabriel Jones
> jjones@princelobel.com
> (512) 737-2415
> PRINCE LOBEL TYE LLP
> 500 W. 2nd Street
> Suite 1900
> Austin, Texas 78701

Plaintiff Alpha Modus, Corp. also continues to be represented by counsel of record whose contact information remains the same.

Dated: August 7, 2025

Respectfully submitted,

*/s/ Christopher E. Hanba*
Christopher E. Hanba
Texas Bar No. 24121391
chanba@princelobel.com
Joshua G. Jones
Texas Bar No. 24065517
jjones@princelobel.com
PRINCE LOBEL TYE LLP
500 W. 2nd Street. Suite 1900
Austin, Texas 78701
Telephone: (512) 737-2414

Joshua Reed Thane
Texas Bar No. 24060713
jthane@haltomdoan.com
HALTOM AND DOAN
2900 St. Michael Drive, Suite 500
Texarkana, TX 75503
Telephone: (903) 255-1000

*Attorneys for Plaintiff*
*Alpha Modus. Corp.*

## CERTIFICATE OF SERVICE

I certify that on August 7, 2025, the foregoing document was filed via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Christopher E. Hanba*
Christopher E. Hanba
